UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:11-00012-2 |
| **v.** ) | Judge Sharp |
| ) | |
| **DONNIE PATTERSON** ) | |
| ) | |

### **O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 1845).

The motion is GRANTED and the sentencing set for September 27, 2013, is hereby continued to Wednesday, October 30, 2013 at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE