UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-00012-2 |
| v. | ) | Judge Sharp |
| | ) | |
| DONNIE PATTERSON | ) | |
| | ) | |

## **O R D E R**

Pending before the Court is a SEALED MOTION (Docket No. 1845).

The motion is GRANTED and the sentencing set for September 27, 2013, is hereby continued to Wednesday, October 30, 2013 at 1:30 p.m.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE